USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 11/16/2021

# Russell T. Neufeld
Attorney at Law

## MEMO ENDORSED

November 16, 2021

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

> The application is _X_ granted
> ___ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 11/16/2021
> New York, New York

Re: *United States v. Tira Law*

14-cr-353 (ER)

Dear Judge Ramos:

This is a request that the Court order the Probation Department to provide my former CJA client, Tira Law, with a copy of the May 2016 polygraph examination report that was prepared at the request of the Probation Department. Mr. Law's term of supervised release was terminated by Your Honor on Nov. 22, 2017. I have consulted with Probation Officer Joanna Calderon who said she requires an order from the Court to be able to provide it to Mr. Law. Mr. Law wishes a copy of the report because he was told by the examiner that it supports his lack of culpability for the underlying sex offense that resulted in his having to register for life as a sex offender. He hopes to use the report to effect his registration going forward and to help improve his family relationships. I have consulted with AUSA Andrea Griswold and she has no objection to this request. If Your Honor endorses this request, I would accept the report for Mr. Law and make sure he receives it.

Respectfully submitted,

*Russell Neufeld*

Russell Neufeld

cc.: AUSA Andrea Griswold by ECF

---

99 Hudson Street • 8th Floor • New York, NY 10013 • Tel. ▓▓▓▓▓▓▓▓ • Fax: 212-965-9084 • rneufeld@neufeldlawoffice.com